UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
AUDREY COX                                          :

                                                            :   ORDER OF DISCONTINUANCE
               Plaintiff,                         22 Civ. 4445 (GWG)

                                                            :
  -v.-
                                                            :

                                                           :
NEW YORK CEREBRAL PALSY
ASSOCIATIONS OF NEW YORK STATE, INC.,   :

                                                           :
             Defendant.
---------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

     This case contains claims under the Fair Labor Standards Act.  On January 19, 2023, an order was issued on the parties' consent agreeing to disposition of this matter by the undersigned pursuant to 28 U.S.C. § 636(c).  In a filing dated January 18, 2023  (Docket #22), the parties have submitted their proposed settlement agreement.  Having reviewed the proposed settlement pursuant to <u>Cheeks v. Freeport Pancake House, Inc.,</u> 796 F.3d 199 (2d Cir. 2015), the Court finds that it is fair and reasonable.  The settlement is approved.

     Accordingly, this action is dismissed with prejudice and without costs except as may be stated in the settlement agreement.  The Court will retain jurisdiction to enforce the settlement agreement.

     Any pending motions are moot.  The Clerk is requested to close the case.

     SO ORDERED.

Dated: January 20, 2023
       New York, New York

                                                    _____
                                                    GABRIEL W. GORENSTEIN
                                                    United States Magistrate Judge